UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 2:14-cv-13009 |
| ANSARA RESTAURANT CORPORATION, et al | : |
| Defendant. | : |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Kathleen  H. Klaus
Kathleen H. Klaus
MADDIN HAUSER WARTELL ROTH & HELLER, P.C.
28400 Northwestern Highway
Third Floor
Southfield, MI  48034
phone:  248.359.7520
fax: 248.359.7560
KKlaus@maddinhauser.com
*Attorney for Defendant*

### STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Dated:  November 14, 2014

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>***Attorneys for Plaintiff***<br><br>Dated: November 12, 2014 | /s/ Kathleen H. Klaus<br>Kathleen H. Klaus<br>MADDIN HAUSER WARTELL ROTH &<br>HELLER, P.C.<br>28400 Northwestern Highway<br>Third Floor<br>Southfield, MI  48034<br>phone:  248.359.7520<br>fax: 248.359.7560<br>KKlaus@maddinhauser.com<br><br>***Attorneys for Defendant***<br><br>Dated: November 12, 2014 |